UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**SAMANTHA CHIASSON**                                                            **PLAINTIFF**

V.                               No. 3:22-CV-00298-ERE

**KILOLO KIJAKAZI, Acting**
**Commissioner of Social Security**                                **DEFENDANT**

## ORDER

Consistent with the Order entered today, judgment is entered for Defendant.

This case is closed.

So Ordered 21 June 2023.

_____
UNITED STATES MAGISTRATE JUDGE

1